UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO.

ERIC MICHAEL AMSALLEM,
    an individual,
v.

GODADDY.COM, INC., an Arizona
corporation for profit, and DOMAINS BY
PROXY, INC., an Arizona corporation
for profit,

    Defendants.
_____/

## **COMPLAINT**

Plaintiff ERIC MICHAEL AMSALLEM sues Defendants, GODADDY.COM, INC., an Arizona corporation for profit, and DOMAINS BY PROXY, INC., an Arizona corporation for profit, and states:

**Parties**

    1.    Plaintiff ERIC MICHAEL AMSALLEM is an individual and sui juris.

    2.    Plaintiff ERIC MICHAEL AMSALLEM is domiciled in Miami Beach, Miami-Dade County, Florida. He is a citizen of the State of Florida and the United States of America.

    3.    GO DADDY.COM, INC., is a corporation for profit organized under the laws of the State of Arizona with its principal place of business in Scottsdale, Arizona. GODADDY.COM, INC'S Registered Agent is Sherry Delgado located at 14455 N. Hayden Road, #219. Scottsdale, Arizona 85360.

4. DOMAINS BY PROXY, INC., is a corporation for profit organized under the laws of the State of Arizona with its principal place of business in Scottsdale, Arizona. DOMAINS BY PROXY, INC'S Registered Agent is Sherry Delgado located at 14455 N. Hayden Road, #219. Scottsdale, Arizona 85360.

**Jurisdiction and Venue**

5. Since there is a complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, the United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1).

6. Since a substantial part of the events or omissions giving rise to the claims alleged herein occurred in the Southern District of Florida, venue is proper in this district pursuant to 28 U.S.C. § 1391(a)(2).

7. There is personal jurisdiction over the Defendants pursuant to § 48.193(1)(f), Fla. Stat., the Florida long arm statute. The Defendants, personally or through an agent, submitted themselves to the jurisdiction of the courts of the State of Florida for any cause of action arising from causing injury to persons or property within this state arising out of an act or omission by the Defendants since, at or about the time of the injury, either the Defendants were engaged in solicitation or service activities within this state; or products, materials, or things processed, serviced, or manufactured by the Defendants anywhere were used or consumed within this state in the ordinary course of commerce, trade, or use.

8. Alternatively, there is personal jurisdiction over the Defendants pursuant to §48.193(2), Fla. Stat., in that the Defendants are engaged in substantial and not isolated activity within the State of Florida, whether such activity is wholly interstate, intrastate, or otherwise,

subjecting them to the jurisdiction of the courts of the State of Florida, whether or not the claim arises from that activity.

**General Allegations**

9.  www.esta-assistance.us, www.worldwide-esta.net, www.esta-onlineservices.com, www.esta-service.net, and www.esta-easy.com provide services and assistance to those who want to travel to the United States using the Visa Waiver Program (VWP), to verify the access to the United States by foreign nationals and who must therefore submit his or her information through the Electronic System Travel Authorization (ESTA) before traveling. The Electronic System Travel Authorization (ESTA) is an automated system used to determine the eligibility of visitors to travel to the United States under the Visa Waiver Program (VWP) and to determine whether such travel poses any law enforcement or security risk.

10. www.esta-assistance.us, www.worldwide-esta.net, www.esta-onlineservices.com, www.esta-service.net, and www.esta-easy.com specifically advise the public that the form for which they offer assistance for a fee can be filled out for free on government website www.cbp.gov.

11. GODADDY.COM, INC., is a domain name registrar and provides SSL certificates. SSL is a global standard security technology provided by Certification Authorities to indicate the trustworthiness of the website and to leverage that increased trust level to turn visitors into paying customers.

12. DOMAINS BY PROXY, INC., is an affiliate of GODADDY.COM, INC. DOMAINS BY PROXY, INC., is a company conceived to effect and guard the private registration of domains.

13.     Approximately a month after the launch in the beginning of 2010 of www.esta-easy.com, a hacker or hackers began e-mail blasting customers using www.esta-easy.com, with defamatory statements about the Plaintiff's honesty.

14.     The e-mail blasting was followed by the launch of www.estascams.com, blocking navigation to www.esta-easy.com, by posting an SSL warning and blocking navigation to www.esta-online-services.us and www.esta-service.net by providing parking at another website.

15.     GODADDY.COM, INC., accepted registration of www.estascams.com. GODADDY.COM, INC., posted the SSL warning on www.esta-easy.com. GODADDY.COM, INC., arranged parking at GoDaddy.com for www.esta-online-services.us and www.esta-service.net

16.     OMAINS BY PROXY, INC., provided a private registration of www.estascams.com. with GODADDY.COM.

**Count I: Defamation**

17.     The Plaintiff reincorporates the allegations set forth in paragraphs 1-16 above as if fully set forth herein.

18.     www.estascams.com labels as scams all of the esta web sites owned by the Plaintiff. www.estascams.com uses the photograph of the Plaintiff without his permission and identifies the photograph as the Plaintiff. On its home page, www.estascams.com also identifies the Plaintiff as a Florida Realtor and links the website for his real estate business.

19.     Thereby, Defendants DOMAINS BY PROXY, INC., and GODADDY.COM published false and defamatory statement concerning the Plaintiff.

20. Defendants DOMAINS BY PROXY, INC., and GODADDY.COM published the statements without reasonable care as to truth or falsity of the statements.

21. As a result of th Defendants' action, the Plaintiff has suffered actual damage.

22. As a result of the publication of the false and defamatory matters, the Plaintiff was greatly injured in his reputation and credit, and in his business has suffered great loss of custom, and has been deprived of great gains and profits, which otherwise he would have made, and has otherwise sustained loss and injury to his damage in an amount in excess of $75,000.00.

23. Though the Plaintiff has demanded that the Defendants take down the web site estascams.com, remove the SSL warnings and parkings, and/or disclose the private registrant of that estascams.com, Defendants refuse to disclose the private registrant and otherwise refuse to act to protect the reputation of the Plaintiff.

WHEREFORE, the Plaintiff demands a judgment against the Defendants for actual, compensatory, and special damages, together with costs of this action; and for such other and further relief as the court may deem just and proper.

**Count II: Temporary and Permanent Injunction**

24. The Plaintiff reincorporates the allegations set forth in paragraphs 1-16 and 18-23 above as if fully set forth herein.

25. The Plaintiff has substantial likelihood of success in his action against the Defendants.

26. Unless the Defendants are enjoined, the Plaintiff will suffer further irreparable injury.

27. The balance of equities favors granting the injunction.

28. The public interest would not be harmed by the injunction.

29. The Plaintiff's remedy at law is inadequate.

WHEREFORE, the Plaintiff demands a judgment against the Defendants mandating they take down the estascams.com web site, enjoining the Defendants from continued use of the Plaintiff's name and photograph, from linking his esta web sites, and from defaming him in his reputation and businesses and for such other and further relief as the court may deem just and proper.

Dated: April 27, 2010

    DAVID S. SELTZER, P.A.
    1200 Brickell Avenue
    Suite 1440
    Miami, Florida 33131
    (305) 444-1565 Telephone
    (305) 444-1665 Facsimile

    HELLER AND CHAMES, P.A.
    261 N.E. First Street
    Sixth Floor
    Miami, Florida  33132
    (305) 372-5000 Telephone
    (305) 372-0052 Facsimile
    Florida Bar No. 340881
    jheller@hellerchames.com

By /s/ Jonathan A. Heller
    JONATHAN A. HELLER